```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 17458
    JOSEPH CUMIGAD ORIENTE
    CLAUDETTE B ORIENTE                     CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-0722      SSN XXX-XX-4556


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/08/08 .

    2.  The case was converted to Chapter 7 without confirmation, 08/28/2008.

-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
CHASE HOME FINANCE       CURRENT MORTG        .00          .00            .00
CHASE HOME FINANCE       MORTGAGE ARRE  NOT FILED          .00            .00
BLACKBERRY CREEK HOA     SECURED              .00          .00            .00
BLACKBERRY CREEK HOA     SECURED         NOT FILED         .00            .00
AMERICREDIT FINANCIAL/LO SECURED VEHIC        .00          .00            .00
DLJ MORTGAGE CAPITAL     UNSECURED       NOT FILED         .00            .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED         .00            .00
ADVOCATE LUTHERAN GENERA UNSECURED       NOT FILED         .00            .00
KIDCARE                  UNSECURED       NOT FILED         .00            .00
ARIA HEALTH CARE         UNSECURED       NOT FILED         .00            .00
CHASE BANK USA           UNSECURED       NOT FILED         .00            .00
CMS                      UNSECURED       NOT FILED         .00            .00
COMED                    UNSECURED       NOT FILED         .00            .00
HSBC                     UNSECURED       NOT FILED         .00            .00
NICOR GAS                UNSECURED       NOT FILED         .00            .00
PROVENA MERCY            UNSECURED       NOT FILED         .00            .00
        Summary of disbursements:
-----------------------------------------------------------------------
                      SECURED    PRIORITY   UNSECURED    OTHER      TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00        .00        .00         .00        .00
PRINCIPAL PAID           .00        .00        .00         .00        .00
INTEREST PAID            .00        .00        .00         .00        .00
TOTAL PAID               .00        .00        .00         .00        .00
The Debtor's attorney, PAUL M BACH              , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/13/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 17458 JOSEPH CUMIGAD ORIENTE & CLAUDETTE B ORIENTE
```